R. Daniel Fleck – Wyo. Bar #6-2668
M. Kristeen Hand – Wyo. Bar #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY  83001
(307) 733-7290
(307) 733-5248 facsimile

William L. Simpson – Wyo. Bar #5-2189
SIMPSON, KEPLER & EDWARDS, LLC
1135 14th Street
P.O. Box 490
Cody, WY  82414-0490
(307) 527-7891
(307) 527-7897 facsimile

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD, a resident of Wyoming, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br> LISA SHAURETTE FALLON, a resident of Indiana, <br><br>　　　　Defendant. | **CIVIL NO. 11-cv-294-J** |

## PLAINTIFF'S NOTICE OF COMMUNICATION FROM DEFENDANT AND LIMITED AGREEMENT TO EXTEND DEADLINE TO ANSWER

Plaintiff, by and through his counsel, provides notice to the Court of the following:

1. Plaintiff filed his Complaint on August 29, 2011. [Doc. 1 – Complaint and Demand for Jury Trial]

2. Defendant Lisa Fallon was served a copy of the Complaint and Summons on September 3, 2011. [Doc. 5 – Summons and Return of Service]

3. Defendant Fallon's Answer was due on September 26, 2011.

4. As of the time of this filing, Defendant Fallon has not filed an Answer or otherwise defended the case.

5. On September 27, 2011, counsel for Plaintiff received via certified mail the attached letter from Defendant Fallon, indicating she is in the process of securing legal counsel. (Exhibit 1 - Fallon Letter dated 9/11/2011; received 9/27/11).

6. Time is of the essence in this matter, however, in every attempt to be cooperative and courteous to the Defendant, the Plaintiff agrees to extend Defendant's deadline to file her Answer until October 3, 2011.

7. Plaintiff reserves the right to take any and all legal action against the Defendant in the event an Answer is not filed by October 3, 2011.

DATED this 28th day of September, 2011.

/s/ M. Kristeen Hand
M. Kristeen Hand – Wyo. Bar #6-3544
R. Daniel Fleck – Wyo. Bar #6-2668
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY  83001
(307) 733-7290
(307) 733-5248 facsimile

William L. Simpson – Wyo. Bar #5-2189

>S<span style="font-variant:small-caps">IMPSON</span>, K<span style="font-variant:small-caps">EPLER</span> & E<span style="font-variant:small-caps">DWARDS</span>, LLC
>1135 14th Street
>P.O. Box 490
>Cody, WY  82414-0490
>(307) 527-7891
>(307) 527-7897 facsimile
>
>*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of September, 2011, the undersigned filed the foregoing PLAINTIFF'S NOTICE OF COMMUNICATION FROM DEFENDANT AND LIMITED AGREEMENT TO EXTEND DEADLINE TO ANSWER with the Clerk of Court using the CM/ECF system which sent notification of such filing upon all attorneys of record including:

<u>SERVICE BY FEDERAL EXPRESS to</u>:
Lisa Shaurette Fallon
9166 Pointe Court
Fishers, IN 46037-9573

>/s/ M. Kristeen Hand