9/11/2011 1:41:10 PM                                          EXHIBIT 1

To whom it may concern,

I, Lisa Shaurette Fallon, acknowledge receipt to court documents. I am in the process of securing legal counsel.

Regards,

*Lisa Shaurette Fallon*

RECEIVED BY

SEP 27 2011

THE SPENCE LAW FIRM



7011 1570 0001 4561 1037

U.S. POSTAGE PAID FISHERS, IN 46038 SEP 21, 11 AMOUNT $2.87 00012592-15

THE SPENCE LAW FIRM, LLC
15 SOUTH JACKSON ST- BOX 548    9/26
JACKSON, WY  83001