P. Craig Silva
Williams, Porter, Day & Neville, P.C.
P. O. Box 10700
Casper, WY  82602
307-265-0700

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., M.D., a resident of Wyoming, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 11CV-294-J ) |
| LISA SHAURETTE FALLON, | ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW P. Craig Silva and enters his appearance as attorney for Defendant Lisa Shaurette Fallon in the above matter.

Dated this 30th day of September, 2011.

/s/ P. Craig Silva
P. Craig Silva, Bar #6-3066
Williams, Porter, Day & Neville, P.C.
P. O. Box 10700
Casper, WY  82602
307.265.0700

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 30, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send e-mail notification of such filing to the following: M. Kristeen Hand and R. Daniel Fleck.

                                        /s/ P. Craig Silva
                                        P. Craig Silva