TO: MICHELLE (ESPARZA) SCHNEIDER
3611 Tommy Armour Circle
Billings, MT
406.697.0080

## EXHIBIT A

- From January 1, 2010 to present, a search and record of all phone calls or texts made, including the time and date they were made, from any phone in your control, including all business phones in your control, or phones you have access to, to Indiana area codes, including area codes: (317); (219); (574); (260); (765); and (812).

- From January 1, 2010 to present, a search and record of all emails, and the contents of those emails, including all attachments, sent from any computer in your control (personal, professional, your employees, and business computers) to and from Ms. Lisa Shaurette Fallon, including but not limited to the following email addresses: Lshaurette@ecommunity.com; Lisafallon147@yahoo.com.

- All hard copies and/or electronically stored information referencing, mentioning, or in any way related to Ms. Lisa Fallon, Lisa Shaurette, Lisa Shaurette Fallon, Dr. Jimmie Biles and/or The Spence Law Firm.

- All hard copies and/or electronically stored information in your control related to, mentioning or saved as a result of your contact with Ms. Fallon and/or your contact with Ms. Fallon's lawyers, including all payments made and all communications made to and from Ms. Fallon's lawyers.

- Produce the following tangible things for forensic investigation:

    o All computers (personal, professional, your employees, and business computers) in your control from January 1, 2010 to the present day.
    o All phones (personal, professional, your employees, and business computers) in your control from January 2, 2010 to the present day.

- A list of all financial accounts, names on the accounts, and account numbers that you have or had access to since meeting Ms. Fallon in 1996 through the present day, and a transaction history of all monies paid to Ms. Fallon or any member of her family.

EXHIBIT A

TO:    JOHN H. SCHNEIDER, M.D.
2877 Overland Ave., Suite C
Billings, MT
406.651.8197

## EXHIBIT A

- From January 1, 2010 to present, a search and record of all phone calls or texts made, including the time and date they were made, from any phone in your control, including all business phones in your control, or phones you have access to, to Indiana area codes, including area codes: (317); (219); (574); (260); (765); and (812).

- From January 1, 2010 to present, a search and record of all emails, and the contents of those emails, including all attachments, sent from any computer in your control (personal, professional, your employees, and business computers) to and from Ms. Lisa Shaurette Fallon, including but not limited to the following email addresses: Lshaurette@ecommunity.com; Lisafallon147@yahoo.com.

- All hard copies and/or electronically stored information referencing, mentioning, or in any way related to Ms. Lisa Fallon, Lisa Shaurette, Lisa Shaurette Fallon, Dr. Jimmie Biles and/or The Spence Law Firm.

- All hard copies and/or electronically stored information in your control related to, mentioning or saved as a result of your contact with Ms. Fallon and/or your contact with Ms. Fallon's lawyers, including all payments made and all communications made to and from Ms. Fallon's lawyers.

- Produce the following tangible things for forensic investigation:

    o All computers (personal, professional, your employees, and business computers) in your control from January 1, 2010 to the present day.
    o All phones (personal, professional, your employees, and business computers) in your control from January 2, 2010 to the present day.

- A list of all financial accounts, names on the accounts, and account numbers that you have or had access to since meeting Ms. Fallon in 1996 through the present day, and a transaction history of all monies paid to Ms. Fallon or any member of her family.