R. Daniel Fleck – Wyo. Bar #6-2668
M. Kristeen Hand – Wyo. Bar #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY  83001
(307) 733-7290
(307) 733-5248 facsimile

William L. Simpson – Wyo. Bar #5-2189
SIMPSON, KEPLER & EDWARDS, LLC
1135 14th Street
P.O. Box 490
Cody, WY  82414-0490
(307) 527-7891
(307) 527-7897 facsimile

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD, a resident of Wyoming, )<br><br>  Plaintiff, )<br><br>  vs. )<br><br>LISA SHAURETTE FALLON, a resident of Indiana, )<br><br>  Defendant. ) | **CIVIL NO. 11-cv-294-ABJ** |

## PLAINTIFF'S REQUEST FOR HEARING

Plaintiff, by and through his counsel, requests a fifteen minute (15) hearing with the Court to hear oral arguments from counsel with respect to non-parties John and Michelle Schneiders' Motion to Quash Subpoenas [Doc. 17] and Plaintiff's Objection [Doc. 18] to it.

Plaintiff requests the hearing be conducted via telephone. Unless the Court prefers otherwise, Plaintiff will set up the conference call and provide notice to all participants, including the Court, of the appropriate phone number to call for the hearing.

DATED this 21st day of December, 2011.

/s/ M. Kristeen Hand
M. Kristeen Hand – Wyo. Bar #6-3544
R. Daniel Fleck – Wyo. Bar #6-2668
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY  83001
(307) 733-7290
(307) 733-5248 facsimile

William L. Simpson – Wyo. Bar #5-2189
SIMPSON, KEPLER & EDWARDS, LLC
1135 14th Street
P.O. Box 490
Cody, WY  82414-0490
(307) 527-7891
(307) 527-7897 facsimile

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of December, 2011, the undersigned filed the foregoing PLAINTIFF'S REQUEST FOR 15 MINUTE HEARING with the Clerk of Court using the CM/ECF system which sent notification of such filing upon all attorneys of record including:

P. Craig Silva - Wyo. Bar #6-3066
Williams, Porter, Day & Neville, P.C.
PO Box 10700
Casper, WY 82602
Tel: (307) 265-7000
*Attorney for Defendant*

Laurence W. Stinson, Wyo. Bar #6-2918
Bonner Stinson P.C.
1421 Rumsey Avenue
Cody, Wyoming  82414
307.587.0300
Fax:  307.527.6092
Email:  Laurence@bonnerstinsonpc.net
*Attorney for John and Michelle Schneider*

    /s/ M. Kristeen Hand
    M. Kristeen Hand – Wyo. Bar #6-3544
    R. Daniel Fleck – Wyo. Bar #6-2668
    THE SPENCE LAW FIRM, LLC
    15 South Jackson
    P.O. Box 548
    Jackson, WY  83001
    (307) 733-7290
    (307) 733-5248 facsimile

    William L. Simpson – Wyo. Bar #5-2189
    SIMPSON, KEPLER & EDWARDS, LLC
    1135 14th Street
    P.O. Box 490
    Cody, WY  82414-0490
    (307) 527-7891
    (307) 527-7897 facsimile

    *Attorneys for Plaintiff*