

**FILED**

*10:53 am, 12/27/11*
**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD, a resident of Wyoming, | |
| Plaintiff, | |
| vs. | Case No. 11-CV-294-J |
| LISA SHAURETTE FALLON, a resident of Indiana, | |
| Defendant. | |

### ORDER FOR PARTIES TO APPEAR FOR HEARING

This matter, having come before the Court on Plaintiff's Request for Hearing regarding non-parties, John and Michelle Schneiders' Motion to Quash Subpoenas and Plaintiff's Objection to it, and the Court finding good cause to hear arguments of counsel, does hereby order the following:

IT IS ORDERED that counsel for non-parties John and Michelle Schneider, along with counsel for Plaintiff and counsel for Defendant shall appear for a fifteen minute hearing before this Court on the 4th day of January, 2012, at 8:30 a.m.

IT IS FURTHER ORDERED that the hearing shall take place via telephone, and the

Plaintiff shall set up a conference call and give notice to all participants, including this Court, of the phone number to call.

Dated this 29th day of December, 2011.

_____
Alan B. Johnson
United States District Judge