# CIVIL MINUTE SHEET
# MOTION HEARING

☑ Telephonic



**FILED**

*10:02 am, 1/4/12*

**Stephan Harris**
**Clerk of Court**

Date  01/04/12

Time  8:33 - 9:32                                         Case No.  11-CV-294-J

MD JIMMIE G. BILES, JR.   VS   LISA SHAURETTE FALLON

| Alan B. Johnson | Carissa Coursey | Julie Thomas | Sherrill Veal |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   Mary Kristeen Hand and R. Daniel Fleck (both via phone)
                                Laurence William Stinson (via phone) for Movants

Attorney(s) for Defendant(s)   Peter Craig Silva (via phone)

Witness(es) for Plaintiff(s)
Witness(es) for Defendant(s)

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Movants | 17 | Quash Subpoenas | Denied |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ Briefs to be filed on or before _____ by _____
                                  _____ by _____

☑ Order to be prepared by    ☑ Court    ☐ Attorney _____
☐ Attorney _____                      Admitted *pro hac vice*

Other proceedings

Court heard argument from Counsel for the Parties.  Plaintiff's Counsel to send deposition of Movant Michelle Schneider to the Court for review.  Court denied Motion to Quash.  Movants ordered to produce requested documents.  Plaintiff shall pay the costs of the production of requested documents.  Written order of the Court to follow.