Laurence W. Stinson
Wyoming State Bar #6-2918
BONNER STINSON P.C.
1421 Rumsey Avenue
Cody, Wyoming 82414
307.587.0300
Fax: 307.527.6092
Email:  laurence@bonnerstinsonpc.net
Attorney for Non-Parties Schneiders

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD, <br> a resident of Wyoming, <br><br> Plaintiff, <br><br> vs. <br><br> LISA SHAURETTE FALLON, <br> a resident of Indiana, <br><br> Defendant. | Case No. 11-CV-294J |

## NOTICE OF RELATED FILING
___

COMES NOW Non-Parties JOHN H. SCHNEIDER and MICHELLE RENE SCHNEIDER, by and through their attorney, Laurence W. Stinson of Bonner Stinson, P.C., Cody, Wyoming, and provide the court, Plaintiff Biles, and Defendant Fallon with Notice of Related Filing.

Non-Parties Schneiders anticipate that either Plaintiff or Defendant in the captioned action will request the court consolidate this action with Civil No. 11-CV-366-F, *Biles v. John Henry Schneider, Jr., MD*, et. al. Non-Parties Schneiders have previously appeared in this action. Jurisdiction is not appropriate in the United States District Court for Case No. Civil No. 11-CV-366-F. To that end, Non-Parties Schneiders hereby provide *Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) F.R.C.P.* (attached hereto as "Exhibit A") and *Defendants' Brief in Support of their Motion to Dismiss Pursuant to Rule 12(b)(6), F.R.C.P.* (attached hereto as "Exhibit B"), filed, or to be filed, in the matter of *Biles v. Fallon*, Civil No. 11-CV-294-J for the court's consideration.

RESPECTFULLY SUBMITTED this 2nd day of February, 2012.

/s/ Laurence W. Stinson
Laurence W. Stinson, WSB #6-2918
Bonner Stinson, P.C.
1421 Rumsey Avenue
Cody, Wyoming 82414
307.587.0300
Fax: 307.527.6092
Attorney for John & Michelle Schneider

## CERTIFICATE OF SERVICE

      I, Laurence W. Stinson, attorney Defendants Schneider, hereby certify that on the 2nd day of February 2012, I served a true and correct copy of the foregoing via the CM/ECF system to:

| | |
|---|---|
| R. Daniel Fleck, WSB #6-2668<br>M. Kristeen Hand, WSB #6-3544<br>THE SPENCE LAW FIRM, LLC<br>15 South Jackson<br>P.O. Box 548<br>Jackson, Wyoming 83001<br>fleck@spencelawyers.com<br>hand@spencelawyers.com | William L. Simpson, WSB #5-2189<br>SIMPSON, KEPLER & EDWARDS, LLC<br>1135 14th Street<br>P.O. Box 490<br>Cody, Wyoming 82414-0490<br>bsimpson@skelaw.com |

                                                          /s/ Laurence W. Stinson
                                                          Laurence W. Stinson