R. Daniel Fleck – Wyo. Bar #6-2668
M. Kristeen Hand – Wyo. Bar #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY 83001
(307) 733-7290
(307) 733-5248 facsimile

William L. Simpson – Wyo. Bar #5-2189
SIMPSON, KEPLER & EDWARDS, LLC
1135 14th Street
P.O. Box 490
Cody, WY 82414-0490
(307) 527-7891
(307) 527-7897 facsimile

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD,<br>a resident of Wyoming,<br><br>    Plaintiff,<br><br>vs.<br><br>LISA SHAURETTE FALLON,<br>a resident of Indiana,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   **CIVIL NO. 11-CV-0294-F**<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S NOTICE CANCELLING NON-PARTY DEPOSITIONS DUCES TECUM

YOU ARE HEREBY NOTIFIED, the depositions of West Park Hospital personnel scheduled to be taken on February 29, 2012, at the West Park Hospital, 707 Sheridan Avenue, OR Conference Room, Cody, WY 82414 *have been cancelled.*

DATED this 27th day of February, 2012.

/s/ M. Kristeen Hand
M. Kristeen Hand – Wyo. Bar #6-3544
R. Daniel Fleck – Wyo. Bar #6-2668
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY 83001
(307) 733-7290
(307) 733-5248 facsimile

William L. Simpson – Wyo. Bar #5-2189
SIMPSON, KEPLER & EDWARDS, LLC
1135 14th Street
P.O. Box 490
Cody, WY 82414-0490
(307) 527-7891
(307) 527-7897 facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify on the 27th day of February, 2012, the undersigned filed the foregoing with the Clerk of Court using the CM/ECF system which set notification of such filing upon all attorneys of record including:

P. Craig Silva - Wyo. Bar #6-3066
Williams, Porter, Day & Neville, P.C.
PO Box 10700
Casper, WY 82602
Tel: (307) 265-7000
*Attorney for Defendant*

a true and correct copy of the above and foregoing **PLAINTIFF'S NOTICE CANCELLING NON-PARTY DEPOSITIONS DUCES TECUM** was served upon the non- parties by email and depositing a copy thereof in the United States Mail, postage prepaid, addressed as follows:

Corrine E. Rutledge
Lathrop & Rutledge, P.C.
1920 Thomes Ave, Suite 500
PO Box 4068

PAGE 2 OF 3

Cheyenne, WY 82003
Tel: (307) 632-0554
Fax: (307) 635-4502
*Attorney for Non-Party West Park Hospital*

*John Graf Reporting*
*Tel: (406) 254-2576*
johnbgraf@aol.com

                          /s/ M. Kristeen Hand
                          M. Kristeen Hand – Wyo. Bar #6-3544
                          THE SPENCE LAW FIRM, LLC
                          *Attorneys for Plaintiff*