Laurence W. Stinson
Wyoming State Bar #6-2918
Bradley D. Bonner
Wyoming State Bar #5-2983
BONNER STINSON, P.C.
1421 Rumsey Avenue
Cody, Wyoming 82414
307.587.0300
Fax: 307.527.6092
Attorneys for Non-Parties Schneiders

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JIMMIE G. BILES, JR., MD, a resident of Wyoming, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 11-CV-294F |
| vs. | ) ) | |
| LISA SHAURETTE FALLON, a resident of Indiana, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATED MOTION FOR EXTENSION OF TIME
## TO FURTHER RESPOND TO SUBPOENA

COME NOW Non-Parties John H. Schneider, M.D. and Michelle (Esparza) Schneider ("Schneider"), by and through their counsel, Bonner Stinson, P.C., Cody, Wyoming, and move this Court for its Order permitting Non-Parties an extension of time to further respond to Plaintiff's subpoena and this Court's Order dated Febru-

ary 29, 2012. The motion is made on the following grounds and for the following

reasons:

1.      This Court on February 29, 2012 issued its Order Requiring Compli-

ance With Plaintiff's Subpoena And Issuing A Fine Against John And Michelle

Schneider.

2.      The Order required Mr. and Mrs. Schneider to produce documents

pursuant to Plaintiff's subpoena by March 9, 2012.

3.      Mr. and Mrs. Schneider on March 8, 2012 served to Plaintiff required

telephone records, financial transaction information and information concerning

payment of legal fees to counsel for Defendant herein.

4.      Also on March 8, 2012, counsel for Non-Parties conferred with counsel

for Plaintiff and informed counsel for Plaintiff that certain telephone record and fi-

nancial account record information which was promptly requested by Non-Parties

had not yet been received from the companies to which the requests were made.

Non-Parties detailed their efforts to obtain the information.  Counsel for Non-

Parties requested consent to an extension of time to permit Non-Parties to gather

and produce the additional information.

5.      Counsel for Plaintiff has consented to a 14-day extension of time for

Non-Parties to further supplement the subpoena response and also has given the

undersigned permission to make this representation to the Court.

WHEREFORE, for the reasons mentioned herein, Non-Parties John and Michelle Schneider request this Court's Order permitting an extension of time until March 23, 2012 for Non-Parties to further supplement and respond to Plaintiff's subpoena, and request such other and further relief as the Court deems equitable and just.

DATED this 9th day of March 2012.

/s/ Bradley D. Bonner
Bradley D. Bonner, WSB #5-2983
Bonner Stinson, P.C.
1421 Rumsey Avenue
Cody, Wyoming 82414
307.587.0300
Fax: 307.527.6092
*Attorney for John H. Schneider M.D.*
*& Michelle (Esparza) Schneider*

## CERTIFICATE OF SERVICE

I, Bradley D. Bonner, attorney for John H. Schneider M.D. & Michelle (Esparza) Schneider, hereby certify that on the 9th day of March 2012, I served a true and correct copy of the foregoing via the CM/ECF system to:

R. Daniel Fleck, WSB #6-2668
M. Kristeen Hand, WSB #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, Wyoming 83001

P. Craig Silva
Williams, Porter, Day & Neville, P.C.
P.O. Box 10700
Casper, Wyoming 82602

/s/ Bradley D. Bonner
Bradley D. Bonner