FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 MAR 14  PM 1 05

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

JIMMIE G. BILES, JR., M.D.,

Plaintiff,

vs.                                     Case No. 11-CV-294-F

LISA SHAURETTE FALLON,

Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

---

This matter is before the Court on Plaintiff's motion for a protective order pursuant to Fed. R. Civ. P. 26(c)(1). Plaintiff argues that if his medical review record is disclosed, his record should be sealed and strictly protected from public dissemination and protected from dissemination outside the parties. Defense counsel does not object to Plaintiff's motion for a protective order. The Court has reviewed the motion and is fully informed.

Physician records from the Wyoming Board of Medicine are highly confidential. The Court finds that good cause exists to issue a protective order in this matter. Thus, IT IS ORDERED that Plaintiff's motion for protective order is GRANTED. If the Wyoming Board

of Medicine produces any part of Plaintiff's medical board record, the record shall be kept under seal and not disseminated to the public or to anyone outside the parties to this case.[1]

Dated this 14 day of March, 2012.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This Order does not address whether Plaintiff's medical board record should be disclosed. There has not been any motion to quash Ms. Fallon's subpoena or objection filed with the Court. The only document filed with the Court is Defendant's Response to Wyoming Board of Medicine's Objection to Subpoena. Furthermore, before filing the motion to quash or an objection to Defendant's subpoena, the parties should comply with Administrative General Order 2011-08.