IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., M.D., a resident of Wyoming, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 11CV-294-F ) ) |
| LISA SHAURETTE FALLON, | ) ) |
| Defendant. | ) |

## STIPULATED MOTION TO MODIFY/AMEND SCHEDULING ORDER

**COME NOW the** Plaintiff and Defendant in the above matter and pursuant to the stipulation of the parties and the Court having reviewed the file; the parties Jimmie G. Biles, Jr. M.D. by and through Counsel and Lisa S. Fallon by and through Counsel have agreed to modification/amendment to the *Scheduling Order* in this matter which was entered February 6, 2011 as follows:

1. Plaintiff designation of expert deadline[1] shall be moved from **April 2, 2012** to May **2, 2012**.

2. Defendant designation of expert deadline shall be moved from **May 2, 2012** to **June 1, 2012**.

3. Discovery cut off shall be moved from **May 16, 2012** to **June 15, 2012**.

4. Dispositive motions and *Daubert* challenges shall be moved from **May 16, 2012** to **June 8, 2012** response is moved from **May 30, 2012** to **June 22, 2012**.

---

[1] The parties agree that expert designations will be filed with the Court.

    5.    Stipulation of facts deadline shall be moved from **May 23, 2012** to **<u>June 21, 2002</u>**.

Dated this _____ day of March, 2012.

Approved as to Form and Content:

| /s/ M. Kristeen Hand | /s/ P. Craig Silva |
|---|---|
| M. Kristeen Hand-Wyo. Bar #6-3544 | P. Craig Silva-Wyo. Bar #6-3066 |
| The Spence Law Firm, LLC | Williams, Porter, Day, and Neville, P.C. |
| 15 South Jackson | 159 N. Wolcott, Ste. 400 |
| P.O. Box 548 | P.O. Box 10700 |
| Jackson, WY 83001 | Casper, Wyoming 82602 |
| (307) 733-7290  telephone | (307) 265-0700 telephone |
| (307) 733-52848 facsimile | (307) 266-2306 facsimile |
| hand@spencelawyers.com | csilva@wpdn.net |