FILED
U.S. DI      COURT
DISTRICT OF WYOMING

2012 APR 9 PM 3 51

STEPHAN HARRIS, CLERK
CHEYENNE

Kennard F. Nelson – Wyoming Bar #5-1408
Senior Assistant Attorney General
123 Capitol Building
Cheyenne, WY 82002
Phone: 307-777-7890
Facsimile:  307-777-7837
ken.nelson@wvo.gov
Attorney for the Wyoming Board of Medicine

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., M.D., a resident of Wyoming, | |
| Plaintiff, | |
| vs. | Case No. 11-CV-294-F |
| LISA SHAURETTE FALLON, a resident of Indiana, | |
| Defendant. | |

**WYOMING BOARD OF MEDICINE'S
NOTICE OF COMPLIANCE WITH COURT ORDER**

The Wyoming Board of Medicine hereby gives notice that it complied with the

ORDER REQUIRING PRODUCTION OF AFFIDAVIT made and entered herein on March 19,

2012, by mailing the original of an affidavit by its executive director, which identifies the

number of complaints filed by a physician or a physician's assistant against Jimmy G.

Biles, Jr. M.D., to P. Craig Silva with a copy to M. Kristeen Hand.   The mailing was

done on April 6, 2012.

Respectfully submitted this 9th day of April, 2012.

Kennard F. Nelson, Wyoming Bar #5-1408
Senior Assistant Attorney General
123 Capitol Building
Cheyenne, WY  82002
Telephone: 307-777-7890
Attorney for the Wyoming Board of Medicine

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2012, true and correct copies of the foregoing WYOMING BOARD OF MEDICINE'S NOTICE OF COMPLIANCE WITH COURT ORDER, were served via U.S. Mail, postage prepaid and addressed to the following:

P. Craig Silva, Esq. – Wyo. Bar #6-3066
Williams, Porter, Day & Neville, P.C.
P.O. Box 10700
Casper, WY 82602
Telephone: 307-265-7000
Email: csilva@wpdn.net
Attorney for Defendant

M. Kristeen Hand, Esq. – Wyo. Bar #6-3544
R. Daniel Fleck, Esq. – Wyo. Bar #6-2668
The Spence Law Firm, LLC
P.O. Box 548
Jackson, WY 83001
Telephone: 307-733-7290
Email: hand@spencelawyers.com
        fleck@spencelawyers.com
Attorneys for Plaintiff

_____
Office of the Attorney General