# CIVIL MINUTE SHEET
# STATUS / SCHEDULING CONFERENCE

| | |
|---|---|
| Date | Apr 26, 2012 |
| Time | 7:43 a.m. - 8:19 a.m. |

- ● Telephonic
- ○ Status
- ○ Scheduling

Case Number  11-CV-294-F/11-CV-366-F

BILES  VS  FALLON (11-CV-294-F)/SCHNEIDER et al (11-cv-366-F)

| Nancy D. Freudenthal | Abby Logan | Kevin Walton | Lisa Anthony |
|---|---|---|---|
| Judge | Clerk | Law Clerk | Court Reporter |

Attorney(s) for Plaintiff(s)     Bill Simpson, Chris Voight, Dan Fleck, Kristeen Hand

Attorney(s) for Defendant(s)   Brad Boner, Laurence Stinson, Craig Silva

Other

Plaintiff Expert Witness Designation Deadline

Defendant Expert Witness Designation Deadline

Discovery Due

Other Fact Witnesses Deadline

Stipulation Deadline

Dispositive Motions Hearing
  ☐ Including Daubert Challanges

Defendant Motion Filing Deadline
  ☐ Including Daubert Challanges

Final Pretrial Conference Set

Jury Trial Set

Other   Case stayed until 8/1 - Order to follow.