IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR, <br><br> Plaintiff, <br><br> vs. <br><br> LISA SHAURETTE FALLON, <br><br> Defendants. | Case No. 11-CV-294-F |

## ORDER STAYING CASE

This matter is before the Court after a hearing on April 26, 2012. On April 25, 2012, the Court received a letter from John and Michelle Schneider's attorneys, Brad Bonner and Laurence Stinson, requesting a telephone hearing at the Court's earliest convenience. At the hearing, the Schneiders' counsel indicated that they need to make certain disclosures to the Court under Wyoming Rules of Professional Conduct 3.3(b) and (c). The Schneiders' counsel disclosed information to the Court and indicated they will be filing a motion to withdraw as counsel for the Schneiders. Craig Silva, counsel for Ms. Fallon also indicated that he may also be filing a motion to withdraw as counsel.

To protect the possibility of prejudice to the parties, the Court believes it is necessary to stay this case and allow the Defendants an opportunity to find substitute counsel. Accordingly, IT IS ORDERED that this case is stayed until August 1, 2012. The parties shall file a status report on August 1, 2012. This stay shall not affect Plaintiff's ability to file a motion to amend his Complaint and assert additional causes of action as discussed at the hearing.

IT IS FURTHER ORDERED that any motion to withdraw as counsel for Ms. Fallon shall be filed on or before June 15, 2012.

Finally, the Court expressed its intention to provide a transcript of the Status Conference to the United States Attorneys Office on May 11, 2012. Therefore, IT IS FINALLY ORDERED that if any party has an opinion regarding whether the Court should file the transcript with the United States Attorneys Office, that party shall file a brief with supporting authority by May 10, 2012.

Dated this 26 day of April, 2012.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE