# CIVIL MINUTE SHEET
# STATUS CONFERENCE

☑ **Telephonic**

Date: 05/11/12

Time: 8:03 a.m. - 9:24 a.m.

Case No.: 11-CV-294-F/11-CV-366-F

BILES vs SCHNEIDER et al/FALLON

| Judge | Clerk | Reporter | Law Clerk |
|---|---|---|---|
| Nancy D. Freudenthal | Abby Logan | Jan Davis | Kevin Walton |

Attorney(s) for Plaintiff(s): Daniel Fleck, Kristeen Hand, Bill Simpson

Attorney(s) for Defendant(s): Bradley Bonner, Laurence Stinson, Craig Silva

**Other**

Parties have settled. However, another Status Conference shall be set for 8/31/12 at 8:00 a.m. to check on settlement papers being filed.

Kevin Bohnenboust (Board of Medicine) and Ben Neary (AP) also appeared at hearing.
Letters received by the Judge from non-parties to this action shall be made a part of this record.

Courtroom closed and all spectators excused at 8:34 a.m. for hearing to continue; Court denies Motion to seal the transcript and this hearing and this transcript is not sealed either. Written Order to follow.