FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 MAY 11  AM 10 58

STEPHAN HARRIS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN HENRY SCHNEIDER, JR., MD, *et al*, <br><br> Defendants. | Case No. 11-CV-366-F |

## ORDER DENYING MOTION TO SEAL TRANSCRIPTS

This matter is before the Court after the status conference on May 11, 2012. The Court heard argument from all parties, as well as from Kevin D. Bohnenblust representing the Wyoming Board of Medicine. At the status conference, the parties indicated that they had fully resolved this matter but needed additional time to submit the appropriate documents to the Court.

Accordingly, IT IS ORDERED that the Court will hold a status conference in this matter at 8 a.m. on August 31, 2012.

Additionally, for the reasons discussed at the hearing on May 11, 2012, Defendants have not shown a substantial and compelling interest to retroactively seal the transcripts from the hearing on

April 26, 2012. The reasons proffered by Defendants do not justify depriving the public of access to the transcripts.

Thus, IT IS FURTHER ORDERED that the Schneiders' motion to seal transcripts of the April 26, 2012 hearing is DENIED.

Dated this 11 day of May, 2012.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE