R. Daniel Fleck – Wyo. Bar #6-2668
M. Kristeen Hand – Wyo. Bar #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY  83001
(307) 733-7290
(307) 733-5248 facsimile

William L. Simpson – Wyo. Bar #5-2189
SIMPSON, KEPLER & EDWARDS, LLC
1135 14th Street
P.O. Box 490
Cody, WY  82414-0490
(307) 527-7891
(307) 527-7897 facsimile

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD, a resident of Wyoming, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **CIVIL NO. 11-cv-294-NDF** ) ) |
| LISA SHAURETTE FALLON, a resident of Indiana, | ) ) ) |
| Defendant. | ) ) |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

As set forth in the Civil Minute Sheet [Doc 56], the parties notified the Court on May 11, 2012, of settlement.

The Court set another status conference for 08/31/12 at 8:00 am to check on settlement papers being filed.

Plaintiff, by and through his counsel, R. Daniel Fleck and M. Kristeen Hand of THE SPENCE LAW FIRM, LLC, hereby request that this action be dismissed with prejudice in its entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party bearing his, her or its own costs and attorneys' fees.

DATED this 15th day of June, 2012.

/s/ R. Daniel Fleck
R. Daniel Fleck – Wyo, Bar #6-2668
M. Kristeen Hand – Wyo. Bar #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY  83001
(307) 733-7290
(307) 733-5248 facsimile

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify on the 16th day of June, 2012, a true and correct copy of the above and foregoing was served upon the parties by depositing a copy thereof in the United States Mail, postage prepaid, addressed as follows:

Lisa Shaurette Fallon
P. Craig Silva - Wyo. Bar #6-3066
Williams, Porter, Day & Neville, P.C.
PO Box 10700
Casper, WY 82602
Tel: (307) 265-7000

/s/ R. Daniel Fleck
R. Daniel Fleck – Wyo. Bar #6-2668
M. Kristeen Hand – Wyo. Bar #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY  83001
(307) 733-7290

(307) 733-5248 facsimile