FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 JUN 18 AM 9 41

STEPHAN HARRIS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD,<br>a resident of Wyoming,<br><br>Plaintiff,<br><br>vs.<br><br>LISA SHAURETTE FALLON,<br>a resident of Indiana,<br><br>Defendant. | CIVIL NO. 11-cv-294-NDF |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having been notified by Plaintiff, on terms that the court considers proper,

IT IS HEREBY ORDERED that this action should be and is DISMISSED WITH PREJUDICE in its entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that each party is to bear his, her or its own costs and attorney's fees.

DATED this ___18___ day of June, 2012.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE