```
                                          FILED
                                       U.S. ...
                                       DISTRICT OF WYOMING

                                       2012 JUN 18  AM 9 41

                                       STEPHAN HARRIS, CLERK
                                              CHEYENNE
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD, <br> a resident of Wyoming, <br><br> Plaintiff, <br><br> vs. <br><br> LISA SHAURETTE FALLON, <br> a resident of Indiana, <br><br> Defendant. | CIVIL NO. 11-cv-294-NDF |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having been notified by Plaintiff, on terms that the court considers proper,

IT IS HEREBY ORDERED that this action should be and is DISMISSED WITH PREJUDICE in its entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that each party is to bear his, her or its own costs and attorney's fees.

DATED this ___18___ day of June, 2012.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE