FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 OCT 25 PM 3 53

STEPHAN HARRIS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., M.D., a resident of Wyoming,<br><br>Plaintiff,<br><br>vs.<br><br>LISA SHAURETTE FALLON,<br><br>Defendant. | Case No. 11-CV-294-F |

## ORDER GRANTING EX PARTE MOTION

This matter is before the Court on the Ex Parte Motion to Unseal Fallon Deposition, filed October 24, 2012. The Court has reviewed the motion and is fully informed.

IT IS ORDERED the deposition of Ms. Fallon is hereby unsealed as the circumstances necessitating restricted access to the deposition no longer exist.

Dated this 25 day of October, 2012.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE